GOLDSTEIN, AKA PIETRARU, ET AL. *v.* COX ET AL., SURROGATES OF THE COUNTY OF NEW YORK, ET AL.

No. 825. Decided January 15, 1968.

*John R. Vintilla, Emanuel Eschwege* and *Novak N. Marku* for petitioners.

*Louis J. Lefkowitz,* Attorney General of New York, and *Daniel M. Cohen,* Assistant Attorney General, for respondents.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is vacated. The case is remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of *Zschernig* v. *Miller, ante,* p. 429.